IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-205-KDB-DCK

| | |
|---|---|
| UH CAROLINA REALTY HOLDINGS LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| APPALACHIAN/BRIAN ESTATES, INC, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Isaac Cordero, concerning Brian Boyle, on December 20, 2023. Brian Boyle seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Brian Boyle is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 21, 2023

David C. Keesler
United States Magistrate Judge