UH Carolina Realty Holdings LLC, et al. )
)
                    Plaintiff(s), )

v. )
)
Appalachian/Brian Estates, Inc., et al. )
)
                    Defendant(s). )

**DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OR PROPOSED INTERVENOR OF CORPORATE
AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT
FINANCIAL INTEREST IN LITIGATION**

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

All Defendants (see attached) who are Defendants
*(Name of Party)*                                   *(Plaintiff / Defendant/Movant/Intervenor)*
make the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes        ☒ No

2. Does the party have any parent corporations?
   ☐ Yes        ☒ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   N/A.

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes        ☒ No

   If yes, identify all such owners:

   N/A.

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify the entity and the nature of its interest:

   N/A.

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

   N/A.

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

   N/A.

s/ Andrew H. Erteschik
Signature of Attorney

1/11/2024
Date

# ATTACHMENT TO
# DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
# OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
# WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

**Name of Parties**:

Appalachian/Brian Estates, Inc.
Universal Properties/Greensboro, LLC
Universal Properties/Brunswick, LLC
Universal Properties/Conover, LLC
Universal Properties/Concord LLC
Universal Properties/Hendersonville, LLC
Universal Properties/Wake, LLC
Universal Properties/Greenville, LLC
Universal Properties/King, LLC
Universal Properties/Lenoir, LLC
Universal Properties/Lillington, LLC
Universal Properties/Raleigh, LLC
Universal Properties/North Raleigh, LLC
Universal Properties/Oxford, LLC
Universal Properties/Ramseur, LLC
Universal Properties/Charlotte, LLC
Universal Properties/Columbia, LLC
Choice Health Management Services, LLC
Community Sundries, LLC
Universal Health Care/Blumenthal, Inc.
Universal Health Care/Brunswick, Inc.
Catawba Valley Living, LLC
Universal Health Care/Concord, Inc.
Universal Health Care/Fletcher, Inc.
Universal Health Care/Fuquay-Varina, Inc.
Universal Health Care/Greenville, Inc.
Universal Health Care/King, Inc.
Universal Health Care/Lenoir, Inc.
Universal Health Care/Lillington, Inc.
Universal Health Care/Raleigh, Inc.
Universal Health Care/North Raleigh, Inc.
Universal Health Care/Oxford, Inc.
Universal Health Care/Ramseur, Inc.
Saturn Health, Inc.
Brian Center/St. Andrews, LLC
Universal Health Care, Inc.

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 11th day of January, 2024.

                                          **POYNER SPRUILL LLP**

By: /s/ Andrew H. Erteschik
Andrew H. Erteschik
N.C. State Bar No. 35269
aerteschik@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.2895
Facsimile: 919.783.1075

*Counsel for Defendants*